IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARON GARRETT, | ) | 1:08cv1626 DLB |
| | ) | |
| | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION TO STRIKE |
| Plaintiff, | ) | (Document 19) |
| | ) | |
| vs. | ) | ORDER GRANTING DEFENDANT |
| | ) | LEAVE TO FILE A SUR-REPLY |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Sharon Garrett ("Plaintiff") filed her opening brief in this action on June 16, 2009, arguing that the ALJ erred in his treatment of the physicians' opinions. Defendant filed an opposition on July 16, 2009. Prior to addressing Plaintiff's arguments as to the physicians' opinions, Defendant explained that Plaintiff was required to overcome the presumption of continuing non-disability by demonstrating changed circumstances. The ALJ determined that Plaintiff had failed to do so.

In her reply, Plaintiff states that she misread the ALJ's opinion and believed that the ALJ found that the continuing presumption did not apply. She then goes on to argue, for the first time, numerous reasons why the ALJ should have found changed circumstances.

1

1  On August 12, 2009, Defendant filed a motion to strike. Defendant argues that because Plaintiff raised arguments for the first time in her reply, those arguments should be stricken. While Plaintiff may not raise issues for the first time in her reply brief, <u>Independent Towers of Washington v. Washington</u>, 350 F.3d 925, 929 (9th Cir 2003), the Court finds it more efficient to deny the motion to strike and allow Defendant to file a sur-reply. This will allow all issues to be determined on the merits.

Accordingly, Defendant's motion to strike is DENIED. Defendant SHALL FILE a sur-reply within five (5) days of the date of service of this order. No response to the sur-reply will be allowed.

IT IS SO ORDERED.

**Dated:** **September 4, 2009**      **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

2